# EXHIBIT A

☙AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  | Western | District of | Texas |

Scramoge Technology Ltd.
                     Plaintiff (s),
V.
Apple Inc.
                     Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 6:21-cv-01071

Notice is hereby given that, subject to approval by the court, __Scramoge Technology Ltd.__ substitutes
                                                                                       (Party (s) Name)

__Brett Evan Cooper__, State Bar No. __4011011 (NY)__ as counsel of record in
(Name of New Attorney)

place of __Russ August & Kabat, 12424 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025__ .
                                                           (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | BC Law Group, P.C. |
| Address: | 200 Madison Avenue, 24th Floor, New York, NY 10016 |
| Telephone: |                              Facsimile |
| E-Mail (Optional): | bcooper@b-clg.com |

I consent to the above substitution.
Date: 9/5/2022
                                                                           (Signature of Party (s))

I consent to being substituted.
Date: 9/6/2022
                                                                           (Signature of Former Attorney (s))

I consent to the above substitution.
Date:
                                                                           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
                                                                           Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**